## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF : | |
| GOLD SAMSUNG CELL PHONE, IMEI: : | CASE. NO. 19-mj-61 |
| 354255096762283; FCC A3LSMJ737P; : | |
| CURRENTLY IN THE CUSTODY OF : | **UNDER SEAL** |
| THE EAST BATON ROUGE PARISH : | |
| SHERIFF'S OFFICE, BATON ROUGE, LA : | |

## ORDER

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return*,

**IT IS ORDERED** that the Application and Affidavit for Search Warrant, the accompanying attachments, the Search Warrant, and the Search Warrant Return, are hereby unsealed.

Signed in Baton Rouge, Louisiana, on June 27, 2019.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**